# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BATISTA AGUILERA,<br><br>       Plaintiff,<br><br>   v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>       Defendants. | Case No. 1:26-cv-2032 KES SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION PURSUANT TO PETITIONER'S REQUEST FOR VOLUNTARY DISMISSAL AND TERMINATE THE PENDING MOTION FOR TEMPORARY RESTRAINING ORDER AS MOOT<br><br>Docs. 4, 8 |

Jose Batista Aguilera is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Doc. 1.  On March 18, 2026, Petitioner filed a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, asserting that he has re-filed his petition with the Central District of California due to the location of his detention.  Doc. 8.  Pursuant to Rule 41(a), a petitioner "may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment…."  As respondents have not filed an answer or a motion for summary judgment, the action automatically terminated upon the filing of petitioner's notice.  *See id.*

///

///

Accordingly, the Court **ORDERS:**

1.    The Clerk of Court is **DIRECTED** to close this action.

2.    Petitioner's pending motion for a temporary restraining order is terminated as **MOOT**.

IT IS SO ORDERED.

Dated:    March 19, 2026

_____
UNITED STATES DISTRICT JUDGE

2